FILED
CLERK, U.S. DISTRICT COURT

JAN 16 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM VARS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. SILVA, et al.,<br><br>　　　　Defendants. | Case No. CV 06-4919-DOC (JTL)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 13, 2009

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE